United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,                Case No. 2:17-cr-20644

v.                                    Hon. Paul D. Borman

LEANDER MANN,

        Defendant.

_____/

## Index to Exhibits to Government's Response to Defendant's Motion to Reduce Sentence

Exhibit 1 – Guardianship Probate Document *(Filed Under Seal)*

Exhibit 2 – Medical Document *(Filed Under Seal)*