UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

F I L E D

JAN 17 2024

CLERK'S OFFICE
DETROIT

UNITED States of America
PLAINTIFF

POOR QUALITY ORIGINAL

Case No. 17-cr-20644

Hon. Paul D. Borman

V

LEANDER MANN
Defendant

MANN's reply to Government's Response to
Motion to Reduce Sentence

## Introduction

The Government concedes that MANN exhausted
his Administrative remedies And that the only points
of contest is that he failed to provide extraordinary
And compelling reason to disturb his sentence
And that he's not demonstrated that the 3553(a)
factors favor reduction. This view is not only
false based on the Federal Sentencing Guidelines
Manual 1B1.13(b)(3)(c) (U.S. Sentencing Comm'n
2023) Assertion that the "incapacitation of the
defendant's parent when the defendant would be
the only available caregiver for the parent", is an
extraordinary and compelling reason for a reduct-
ion in the defendant's sentence. The Government's
claim that MANN provided no medical records is
false as well, as I would like to direct the Court
to MANN's Motion to 'Supplement the Record back
to Motion for Reduction in Sentence/Compassionate
Release dated: 12/4/23. Yet, even the Government's

Exhibit 2 from Dr. DAvid Schwartzenfeld, D.O.
States "she requires Assistance with her Activities
of daily living including transfers to And from her
wheelchair, bathing, toileting, And getting dressed,"
which is exactly what the defendant stated when
he stated," ... combined with the lack of oxygen to her
brain ... has left her incapacited And in Need of Around
the clock care for the basics in her quality of life," in
his original Motion (Factual Background #1 last
3 lines) The Government's use of U.S. v. Lemons,
No. 22-5500, 2023 U.S. App. Lexis 1348, at #7 (6th
Cir. Jan. 19, 2023), in this instance fails to hit
the target because Not only does the medical records
Mann Sent with his Supplement Motion State she's
incapacitated but both Government Exhibits (1 & 2)
State that Tanya Fox is Incapacitated And unAble to
care for herself.

   Futhermore, Mr. Mann has established why he was
the only available caregiver, because she has No
spouse or significant other And Neither of Ms Fox
other 2 sons (Rayford or Anthony Mann) are Mentally
or physically capable of Assuming the responsib-
-ility. As you can clearly see by the Governments
Ex. 1 the guardian in this instant was only
recently appointed by the court on 12-13-23 And
is not A Family Member but An institution. This
in of itself shows the court the lack of family
besides the defendant that's Able And willing
to Assume care. The current guardian is
inAppropriate because they're not family And the
love And care that Ms Fox will be cared for

-2-

At home by her son is not being displayed where she is being held.

Mann doesn't assume that his mom's placement in a long term care facility was due to no one being available to care for her he knows this because he's talked to his family and no one is willing or able to assume the task. The government insist that because of her condition, ... "specially trained professionals are needed to provide care." And once again that's false. Dr David Schwartzenfeld stated in the government's Ex.2 "She requires assistance with her activites of daily living ..." Not "specially trained professionals" In fact they (being The Manor of Farmington Hills) need professional help when something goes wrong as "Ms. Fox was recently hospitalized." Ex 2 Of course the primary care physician opinions that "her needs are being best met at the Manor of Farmington Hills" (Gov. Ex. 2) He would be foolish not to. But in the Defendant's defense there is no special training needed to "assist (his mom) with her daily activities of living including transfers to and from her wheelchair, bathing, toileting, and getting dressed" as the Gov. Ex. 2 states. This is the same requirement in raising children and who provides qualifications for that?

The Defendant's assertion of providing financial support is highly likely. He has done his research and not only is the plant to "take" her will leave plant with the Manor's qualifications in "feeding" and selling Will trucks Quality assurance feeding

Safety, And SaP computer knowledge. If he
doesn't get a job there He'll get a job At
somebody's plant (SEE Defendant's Ex. B. letter
of Rec. From UNicor Supervisor).

Mann's Mother's health And incapacitation
"Alone" May not be extraordinary And compelling
to warrant release but rather the combination of
Mann's Mother's incapacitation, his remarkable rehib-
ilitation, Him catching Covid (As the Government
Mentioned his first two Compassionate Release
during this response ECF No. 127) And his own
health problems (Diabetes, High blood pressure, etc.)
As A constellation of circumstances establish-
ing extraordinary And Compelling reasons it
should consider in the Courts totality of
circumstances Analysis. See, eg. U.S. V. Owens,
996 F 3d. 755, 2021 WL 1811538 at *7 (4th Cir
2021) ("the district Court ... should have deter-
mined whether the Combination of all three
factors [First Step Act's changes to 924(c), the
fact that Owens received his effective life sentence
largely As A penalty for choosing to go to trial,
And Owens remarkable rehabilitation] warranted
Compassionate release"); U.S. V. Edmond, No. 17-cr-
398, 2021 WL 1234509 at *2 (E.D. N.C. Apr. 1 2021)
("The Court need not decide whether Any of these
factors — his medical conditions, the Covid-19
Pandemic, or his Mother's incapacitation As com-
bined standing Alone, would constitute extra-
ordinary And Compelling reasons for compas-
sionate release. Considering the unique cons-

— 4 —

bination of circumstances for this particular
defendant, the court finds that he has shown
extraordinary and compelling reasons for
compassionate release."); U.S. v. Jones, No. 93-
cr-81138, ECF No. 393, Order, ECF No. 396, Hist.
Hrg Tr, Page ID. 3531 (relying on "a constellation
of circumstances" collectively in finding extra-
ordinary and compelling reasons); Wooten,
No. 13-cr-18, 2020 WL 6119321, at *7 (holding
that "no single factor" warranted release but
"several factors combine[d]" did) (citation
omitted). Even the Government admits by
their own assertion that "Mann's Mother's
medical illness ... they do create an extraordin-
ary and compelling reason to reduce his sen-
tence." (Last sentence of first paragraph page
12).

  <u>Mann can show that the Sentencing Court's
  Analysis would be different if sentenced today</u>


  Mr. Mann would like to consider the following
statement, "To err is human but to forgive is divine."
No person alive wishes to be forever held to or judged
by the worst mistake that they made in their life.
Mr. Mann is also inclined to believe that this is
the Court's belief as the Supreme Court has
explained "Evidence of post offense rehabilitation
provides the most up to date picture of a
person's history and characteristics. Pepper
v. U.S., 562 U.S. 476, 492 (2011). The Govern-
ment used no facts when the plea deal was

by way of Conviction (the past) not who Mr.
MANN is by his rehabilitative efforts (who he
is today). Look at Mr. MANN's Ex. B (Letter of
UNICOR Supervisor) telling you the MAN he is
today. Or his clear conduct institutional record,
or his Ex. D Program Education completion, or Ex. E
his FSA Risk Assessment Score for General and
Violence being Low recidivism risk. Just to
Name a Few. All the Government can say is, "Look
at who Mr. MANN "was" or "use to be" because if
they could claim something "today" it would
have been in their oppositional Response and
the Court Knows it. Which goes the saying,
"Every saint has a past and every sinner a future."
Now Mr. MANN is not claiming to be a saint
by any stretch of the word or definition but
Courts have released more "egregious" crimes
and criminal history's than Mr. MANN's with less
extraordinary and compelling reasons, See e.g.
Sweet, No. 07-20369, 2021 WL 1430836
(releasing MAN Convicted of raping and sexually
Assaulting a special needs child who previously
Murdered his wife despite being fully-vac-
cinated.)
      And even when a crime is "egregious," when it
is "ultimately non-violent" (AS Mr. MANN's
Crime is a Non-violent Low level drug crime)
there can be safeguards to ensure [he] "Con-
tinues to serve his term to completion and
                              -6-

comply with court guidelines" while on supervision. U.S. V. Al-Jumail, No. 12-20272, 2020 WL 2395-224, at *5 (E.D. MICH. MAY 12, 2020)

The ultimate point is this, there's no statue or precedent for when A MAN has made it up in his mind And heart that he's done living the life he once lived. This comes About through soul searching, self inflection, And just plain old being tired of doing the same thing ~~~~ (crime) And getting the same results (incarcerated). The Government is right, for nearly 30 yrs. MANN has been incarcer-ated. Since 1996 MANN has been on the streets for less than 21 months for NON-violent offenses. Mr. MANN is tired And done! He's tired of doing time And tired And done committing crimes that will cause him to endure such A fate. He's desperately needed to take care of his Mother And that's All he wishes to do. Mr. MANN can promise this court that He will Not be a danger to the community because he No longer has it in his heart or mind to break law. And he knows that Any further criminal Activity will subject My Mother to once again being Alone And w/o Anyone to care for her adequately, And basically garner Me A life sentence. And that's Not something Mr. MANN wants on either fronts.

Conclusion
-7-

Mr. Mann has both established extraordinary
And compelling reason to reduce his sentence,
As well As, A constellation of reasons why
the Court would sentence him differently
if he was sentenced today. For the foregoing
reasons This Court should grant Mann's
Motion for Reduction in Sentence.

Respectfully Submitted,
Leander Mann Pro Se
Leander Mann Pro Se
USM#55849-039
FCI Coleman Low
P.O. Box 1031
Coleman, FL. 33521

Dated! January 9, 2024

EXHIBIT D

EDuc. PROGRAM Completion List

```
   COLFG        *        INMATE EDUCATION DATA        *     12-15-2023
PAGE 001 OF 001 *           TRANSCRIPT               *     11:07:10


REGISTER NO: 55849-039    NAME..: MANN                FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: COL-COLEMAN LOW FCI


--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION             START DATE/TIME STOP DATE/TIME
COL  ESL HAS    ENGLISH PROFICIENT      04-14-2021 0944 CURRENT
COL  GED HAS    COMPLETED GED OR HS DIPLOMA 04-14-2021 0945 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION               START DATE  STOP DATE EVNT AC LV  HRS
COL        SHU BASIC MATH PART 1     08-18-2023 11-17-2023  P   C  P    10
COL        SHU VOCAB WORDS TO KNOW PART 1 08-18-2023 11-17-2023  P  C  P  10
HAF        ACE: ELECTRONIC LAW LIBRARY 10-24-2022 12-01-2022  P   C  P    10
HAF        SELF-STUDY ACE: INFO TECHN 2 07-19-2022 07-21-2022  P   C  P    3
HAF        FCI ATHLETE & EFFICIENT HEARTS 06-18-2022 06-25-2022  P  C  P    3
HAF        SELF-STUDY ACE: MONEY SKILLS 05-24-2022 05-31-2022  P   C  P    3
HAF        SELF STUDY ACE: AMERICAN LIT 05-03-2021 05-07-2021  P   C  F    3
HAF        SELF-STUDY ACE: HOW TO LEAD 06-14-2021 06-18-2021  P   C  P    3
HAF        SELF-STUDY ACE: INFO TECHN 4 06-28-2021 07-01-2021  P   C  P    3
HAF        SELF-STUDY ACE: INFO TECHN 3 05-10-2021 05-14-2021  P   C  P    3
HAF        SELF-STUDY ACE: INFO TECHN 2 05-10-2021 05-14-2021  P   C  P    3




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT-E

FSA Recidivism Risk Assessment
Score Both for General & violent Risk
Assessment Line

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:55849-039, Last Name:MANN

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 55849-039 | Risk Level Inmate....: R-LW |
| Inmate Name | General Level......: R-LW (39) |
|   Last.........: MANN | Violent Level......: R-LW (16) |
|   First........: LEANDER | Security Level Inmate: LOW |
|   Middle.......: | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: COL |
| Gender.........: MALE | Start Incarceration..: 11/01/2019 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 9

General Score: -9, Violent Score: -3

Risk Item Data

| Category | - Assignment | - Start | - Stop |
|---|---|---|---|
| DRG | ED COMP | 01/11/2022 09:00 | |
| EDC | SS INFO3 M | 05/10/2021 00:01 | 05/10/2021 00:01 |
| EDC | SS LEADERM | 06/14/2021 00:01 | 06/14/2021 00:01 |
| EDC | SS INFO4 M | 06/28/2021 00:01 | 06/28/2021 00:01 |
| EDC | SS MONEY M | 05/24/2022 00:01 | 05/24/2022 00:01 |
| EDC | SS INFO2 M | 07/19/2022 14:55 | 07/19/2022 14:55 |
| EDC | FCI LAW | 10/24/2022 00:01 | 10/24/2022 00:01 |
| EDC | SHU MATHB1 | 08/18/2023 12:24 | 08/18/2023 12:24 |
| EDC | SHUVOCAB 1 | 08/18/2023 12:26 | 08/18/2023 12:26 |

Item: Work Programs, Value: 1

General Score: -1, Violent Score: -1

Risk Item Data

| Category | - Assignment | - Start | - Stop |
|---|---|---|---|
| WRK | UNICOR 3 | 10/12/2023 08:06 | |

---

Certificate of Service

I hereby certify that on January 10, 2024
I Mailed MANN's reply to Government's
Response to Motion to Reduce Sentence to
the clerk of the Court at 231 W. Lafayett Blvd.
Rm 564 - Detroit, MI. 48226 via U.S. Mail And
institutional Mail, which will send Notification
to All parties

Respectfully Submitted,
Leander Mann Pro Se
Leander MANN Pro Se
USM# 55849-039
FCI Coleman Low
Coleman, FL. 33521

LEANDER MANN ~~~~~~~~
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521

U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL 33521
JAN 10, 2024
**$0.00**
R2308M154144-09

48228

RDC 99

Retail

U.S. MARSHALS

UNITED STATES DISTRICT COURT
OFFICE OF THE Clerk RM 564
231 W. LAFAYETTE BLvd.
Detroit, MI, 48226

Mailed: 1/9/24